THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00511-RPM

ROBERTA HARRELL,

    Plaintiff,

v.

BROMLEY EAST CHARTER SCHOOL,

    Defendant.

_____

ORDER VACATING SCHEDULING CONFERENCE
_____

    Pursuant to the Notice of Settlement, filed July 3, 2013 [13], it is

    ORDERED that the scheduling conference set for July 9, 2013, at 2:30 p.m. and the deadline to submit a proposed scheduling order are vacated, it is

    FURTHER ORDERED that the parties shall file dismissal papers by August 2, 2013.

    Dated: July 3rd, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge