IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 13-CV-00511-RPM-CBS

ROBERTA HARRELL,

    Plaintiff,

v.

BROMLEY EAST CHARTER SCHOOL, a non-profit corporation,

    Defendant.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Stipulation for Dismissal with Prejudice and the file, and being fully advised in the premises, the Court hereby

**ORDERS** that the Stipulation for Dismissal with Prejudice is granted.  Plaintiff's claims against Defendant Bromley East Charter School are hereby dismissed with prejudice.  Each party is to bear their own attorneys fees and costs as agreed between the parties.

**DATED** this 19th day of August, 2013.

                By the Court:

                s/Richard P. Matsch

                _____
                Richard P. Matsch
                United States Senior District Court Judge